```
CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
GREGORY J. CHARLES, #208583
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:  (408) 295-9555
Facsimile:   (408) 295-6606

ATTORNEYS FOR Debtor
```



The following constitutes
the order of the court. Signed October 12, 2011

_____
Stephen L. Johnson
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>IN RE CORTE DE ROSA HOMES, LLC,<br><br>            Debtor. | Case No. 11-53334<br><br>CHAPTER 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND PAY ASSOCIATED COSTS OF SALE**<br><br>Date:  September 26, 2011<br>Time: 3:30 p.m.<br>Location:<br>  United States Bankruptcy Court<br>  280 South 1st St.<br>  San Jose, CA 95113<br>Judge: Honorable Stephen L. Johnson |

The Court, having reviewed and considered the Debtor's MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND PAY ASSOCIATED COSTS OF SALE ("Motion") and related pleadings, declarations, and statements of counsel on the record; having conducted a hearing on the Motion with appearances as noted on the record; having found notice and service to be proper and sufficient; and having found good cause and for the reasons stated on the record does hereby grant the Motion and therefore the Court orders and decrees that:

(1) the notice of the motion was proper and adequate given the circumstances;

(2) Debtor is authorized to sell real property commonly known as 0 Corte de Rosa located in San Jose,

1. County of Santa Clara, California with Assessor's Parcel Number 575-16-053 ("Corte Property" or "The Property") free and clear of liens pursuant to Bankruptcy Code 363 (b) and (f) (2) Bankruptcy Code 506, 506 (d), and Bankruptcy Rules 6004 and 3012 to Bay Area Holdings, LLC or its assignee ("Buyer") pursuant to a Vacant Land Purchase Agreement And Joint Escrow Instructions dated September 9, 2011 ("Purchase Agreement"); (3) approving the sale as the highest and best offer;

(4) Debtor is authorized to enter into the Purchase Agreement and undertake such other actions as may be reasonably necessary to complete the sale;

(5) Debtor is authorized to pay from the sale proceeds the customary closing and associated costs of sale in Santa Clara County, including but not limited to broker fees and commissions pursuant to the September 20, 2011 ORDER APPROVING DEBTOR'S APPLICATION TO EMPLOY REAL ESTATE BROKER/AGENT (Docket#72), and title and escrow fees;

(6) Debtor is authorized to then pay from the sale proceeds the amounts owed to the County of Santa Clara Tax Assessor for pre and post-petition real property taxes; then pay from the sale proceeds the amount of $1,715,000.00 to Vineyard Bank/California Bank & Trust pursuant to the deed of trust recorded on September 20, 2007 (Document Number 19591479) ("Corte Deed of Trust"), and then pay the remaining balance, if any, to California Bank & Trust, subject to disgorgement and without prejudice to the claims of the Debtor and California Bank & Trust;

(7) Debtor is authorized to file or record termination statements, instruments of satisfaction, releases of liens and any other documents necessary for the purpose of documenting the release of specified liens;

(8) the provisions of Bankruptcy Rule 6004 (h) are waived; and

(9) jurisdiction to implement the sale, enforce the sale order, or resolve any disputes with or related to the sale is reserved to the bankruptcy court.

**END OF ORDER**

**Approved As To Form And Content**
California Bank & Trust
Rutan & Tucker, LLP
By: /s/ Eric J. Fromme
Eric J. Fromme
Dated: October 4, 2011

| | |
|---|---|
| **Court Service List** | |
| **United States Trustee**<br>Office of the U.S. Trustee<br>280 S. First St., Suite 268<br>San Jose, CA 95113 | |
| **Debtor**<br>Corte de Rosa Homes, LLC<br>410 N. Santa Cruz Avenue<br>Los Gatos, CA 95030 | |
| Eric J. Fromme<br>**Rutan & Tucker, LLP**<br>611 Anton Boulevard, 14th Floor<br>Costa Mesa, CA 92626 | |
| Santa Clara County Tax Assessor<br>70 West Hedding Street<br>East Wing, 6th Floor<br>San Jose, CA 95110 | |
| Gregory Howell<br>125 Glen Ridge<br>Los Gatos, CA 95030 | |
| Ms Engineering & Associates, Inc<br>2105 S. Bascom Avenue #260<br>Campbell CA. 95008 | |
| Redwood Geotechnical Engineering, I<br>7450 Railroad Street<br>Gilroy, CA 95030 | |
| Timothy McNeil<br>17361 Clearview Dr<br>Los Gatos, CA 95032 | |

**ORDER GRANTING DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND PAY ASSOCIATED COSTS OF SALE**