# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Corte de Rosa Homes, LLC

Case No. 11-53334

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 11/30/11  **PETITION DATE:** 04/08/11

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $2,300,000 | $2,301,000 | 2,301,000 |
| b. Total Assets | $2,301,000 | $2,301,000 | $2,301,000 |
| c. Current Liabilities | $4,719,187 | $4,719,187 | 4,719,187.00 |
| d. Total Liabilities | $4,719,187 | $4,719,187 | $4,719,187 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $0 | | $0 |
| b. Total Disbursements | $0 | | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | $0 |
| d. Cash Balance Beginning of Month | $275 | $275 | $275 |
| e. Cash Balance End of Month (c + d) | $275 | $275 | $275 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | $0 | 33809.64 |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | n/a | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | n/a |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | x | |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes ___ ; U.S. Trustee Quarterly Fees  x  ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 12/12/2011 0:00

*[signature]* Responsible Individual

Revised 1/1/98

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended   11/30/11

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $275 |
| 2 | Accounts receivable (net) | | $0 |
| 3 | Retainer(s) paid to professionals | | $30,000 |
| 4 | Other: _____ | | |
| 5 | _____ | | |
| 6 | **Total Current Assets** | | $30,275 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $2,300,000 |
| 9 | Furniture, Fixtures, and Equipment | | $0 |
| 10 | Vehicles | | $0 |
| 11 | Partnership interests | | $0 |
| 12 | Interest in corportations | | $0 |
| 13 | Stocks and bonds | | $0 |
| 14 | Interests in IRA, Keogh, other retirement plans | | $0 |
| 15 | Other: claims | | unknown |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $2,300,000 |
| 18 | **Total Assets** | | $2,330,275 |

**Liabilities**

**Post-Petition Liabilities**

**Current Liabilities**

| | | Market Value |
|---|---|---|
| 19 | Post-petition not delinquent (under 30 days) | $0 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | $0 |
| 21 | Post-petition delinquent taxes | $33,810 |
| 22 | Accrued professional fees | unknown |
| 23 | Other: _____ | |
| 24 | _____ | |
| 25 | **Total Current Liabilities** | $33,810 |
| 26 | **Long-Term Post Petition Debt** | |
| 27 | **Total Post-Petition Liabilities** | $33,810 |
| | **Pre-Petition Liabilities (allowed amount)** | |
| 28 | Secured claims (residence) | |
| 29 | Secured claims (other) | $2,681,187 |
| 30 | Priority unsecured claims | |
| 31 | General unsecured claims | $1,038,000 |
| 32 | **Total Pre-Petition Liabilities** | $3,719,187 |
| 33 | **Total Liabilities** | $3,752,996 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 34 | **Total Equity (Deficit)** | |
| 35 | **Total Liabilities and Equity (Deficit)** | $3,752,996 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/08

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 575-16-053 | | |
| 2 | Scheduled Gross Rents | $0 | | |
|   | Less: | | | |
| 3 | Vacancy Factor | $0 | | |
| 4 | Free Rent Incentives | $0 | | |
| 5 | Other Adjustments | $0 | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Chase | | |
| 11 | Account No. | 952365450 | | |
| 12 | Account Purpose | DIP | | |
| 13 | Balance, End of Month | 197.83 $2̶2̶8̶ | | |
| 14 | Total Funds on Hand for all Accounts | $2̶2̶8̶ 197.83 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

Case: 11-53334   Doc# 92   Filed: 12/14/11   Entered: 12/14/11 12:08:50   Page 3 of 6

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 11/30/11

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $0 | $0 |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $0 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | $0 | $0 |
| 14 | Administrative | $0 | $0 |
| 15 | Capital Expenditures | $0 | $0 |
| 16 | Principal Payments on Debt | | $0 |
| 17 | Interest Paid | $0 | $0 |
| | Rent/Lease: | | |
| 18 |    Personal Property | $0 | $0 |
| 19 |    Real Property | $0 | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 |    Salaries | $0 | $0 |
| 21 |    Draws | $0 | |
| 22 |    Commissions/Royalties | $0 | $0 |
| 23 |    Expense Reimbursements | $0 | $0 |
| 24 |    Other | $0 | $0 |
| 25 | Salaries/Commissions (less employee withholding) | $0 | $0 |
| 26 | Management Fees | $0 | $0 |
| | Taxes: | | |
| 27 |    Employee Withholding | $0 | $0 |
| 28 |    Employer Payroll Taxes | $0 | $0 |
| 29 |    Real Property Taxes | **0.00** | $33,810 |
| 30 |    Other Taxes | $0 | $0 |
| 31 | Other Cash Outflows: | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $0 | $33,810 |
| 38 | **Net Increase (Decrease) in Cash** | $0 | ($33,810) |
| 39 | **Cash Balance, Beginning of Period** | | |
| 40 | **Cash Balance, End of Period** | $0 | ($33,810) |

Revised 1/1/98

Case: 11-53334   Doc# 92   Filed: 12/14/11   Entered: 12/14/11 12:08:50   Page 4 of 6



CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 01, 2011 through November 30, 2011
Account Number: 000000952365450



| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00081880 DRE 703 142 33511 NNNNNNNNNNN T 1 000000000 60 0000

CORTE DE ROSA HOMES LLC
DEBTOR IN POSSESSION
DEBTOR IN POSSESSION
410 N SANTA CRUZ AVE
LOS GATOS CA 95030-5321

Important information about your Chase Business Checking Account Statements

Starting November 14, 2011, we are making it easier to track your Chase ATM and debit card transactions. On your deposit statement, look for a new section called "ATM and Debit Card Summary" to see all of your ATM and debit card transactions organized by each authorized cardholder.

Please note that any ATM or Debit card transactions that post to your account before November 14, 2011 will not show under this new section. The "ATM and Debit Card Withdrawals" section will not change and will continue to display all of your ATM and debit card transactions in date order.

We value you as a Chase customer. If you have any questions, please call us at 1-800-CHASE38 (1-800-242-7338).

## CHECKING SUMMARY
Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $212.83 |
| Fees and Other Withdrawals | 1 | - 15.00 |
| Ending Balance | 1 | $197.83 |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/30 | Service Fee | $15.00 |
| **Total Fees & Other Withdrawals** | | **$15.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/30 | $197.83 |



# SERVICE CHARGE SUMMARY

You were charged a monthly service fee this month. Your Chase BusinessSelect Checking monthly Service Fee can be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00. Your average daily balance was $212.00. **OR**
- Keep a minimum daily balance in your checking account of $5,000.00. Your minimum daily balance was $212.00 on 11/01/11. **OR**
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. You have no qualifying personal account linked. **OR**
- Spend at least $1,000.00 on a linked Chase Business Credit Card. You spent $0.00. **OR**
- Pay at least $50.00 in qualifying checking-related services or fees. You paid $0.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.



| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---:|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **0** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---:|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$15.00** |